# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. BELMONTES,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | ) Case No.: 1:10-cv-02378 JLT<br>)<br>) ORDER GRANTING EXTENSION OF TIME<br>)<br>) (Doc. 13)<br>)<br>)<br>)<br>)<br>) |

Parties have stipulated by counsel to extend the period of time for Defendant to a responsive brief. (Doc. 13). Here, Defendant's counsel seeks an extension of thirty days due to her obligations including a "heavy appellate workload" and "several unavoidable meetings." (Doc. 13 at 1-2). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7-1 at 4). Accordingly, Defendant shall file a responsive brief on or before **October 7, 2011**.

IT IS SO ORDERED.

Dated:   **September 6, 2011**                              /s/ Jennifer L. Thurston
                                                                                UNITED STATES MAGISTRATE JUDGE

1